DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ANTON POSTOLNIKOV,

Petitioner,

V.

TRUMP MEDIA & TECHNOLOGY GROUP CORP., TMTG Sub Inc., ARC
GLOBAL INVESTMENTS II, LLC, and PATRICK ORLANDO,

Respondents.

NO. 2D2025-2791
————————————————

June 3, 2026

Petition for Writ of Certiorari to the Circuit Court for Sarasota County;
Hunter W. Carroll, Judge.

Stephen R. Senn of Peterson & myers, P.A., Lakeland; and Douglas R.
Jensen of Sher Tremonte LLP, New York, NY, for Petitioner.

Samuel J. Salario, Jr., of Lawson Huck Gonzalez, PLLC, Tampa, for
Respondents Trump Media and Technology Group Corp. and TMTG Sub,
Inc.

No appearance for remaining Respondents.

PER CURIAM.

Denied.

KELLY, MORRIS, and SLEET, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.